AMERICAN EXPRESS BANK, FSB | SUPERIOR COURT OF NEW JERSEY

LAW DIVISION, SPECIAL CIVIL PART

Plaintiff | COUNTY OF SALEM

Se, 92 Market Street

Salem, NJ 08079

v.

DOCKET NO: DC-001213-12

Jubilee Construction, L.L.C. and Deborah Ross

Defendant(s)

---

PANTERIS & PANTERIS, LLP
By. George Panteris, Esq.
333 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
Telephone No. (201)435-0536
Alleged Attorney for Plaintiffs

Deborah Ross and Jubilee Construction, L.L.C.
P.O. Box 847
179 Ernest Garton Rd
Alloway, NJ 08001
609-217-8143

---

# AFFIDAVIT OF PHONE CALL TO AMERICAN EXPRESS BANK, FSB

In the county of Salem

In the State of New Jersey

The Affiant(s), Deborah Ross and Michael J. Ross (signee for Jubilee Construction L.L.C.) has prepared this affidavit of facts and intention on July, 20 2012 with the purpose of stating, in good faith and under oath, the facts that they have been able to gather and determine from information that has been available to them through inquiries, research, public records, and/or from their first hand witness of the matters stated herein. Deborah Ross and Michael J. Ross make these statements under oath, in good faith and upon their best informed knowledge and belief. Deborah Ross and Michael J. Ross are willing to testify to that which is stated herein if called upon to do so.

1. On July 20, 2012, the affiant(s), Deborah Ross and Michael J. Ross (signee for Jubilee Construction, L.L.C.) had a phone conversation with the alleged Plaintiff, American Express Bank, FSB.

2. Affiant(s) spoke to an American Express Bank, FSB Customer Service Representative, Carol, ID No. 18522, about this instant matter.

3. Customer Service Representative Carol, ID No. 18522, was asked to verify that George Panteris, Esq. and Panteris & Panteris, LLP are attorney's for the alleged Plaintiff American Express Bank, FSB and do they represent American Express Bank, FSB in this complaint against Deborah Ross and Jubilee Construction, L.L.C.

4. After checking with her superior and the department at American Express Bank, FSB that handles this type of request, Customer Service Representative Carol, ID No. 18522, stated that American Express Bank, FSB did not retain George Panteris, Esq. and/ or

Panteris & Panteris, LLP as their attorney and that they do not represent American Express Bank, FSB in this complaint against the defendant(s).

5. Customer Service Representative Carol, ID No. 18522, also stated that American Express Bank, FSB does not have a complaint or suit against Deborah Ross and/or Jubilee Construction, L.L.C.

6. George Panteris, Esq. and Panteris & Panteris, LLP are wholly acting on their own. Therefore Plaintiff is not the real party in interest and there is a failure to name the real party in interest.

I affirm.

Further Affiant(s) Sayeth Not.

Notarized and Witnessed by:

JESSICA BRADBURY

_Deborah Ross_ 7/25/12
Deborah Ross

_Michael_ 7/25/12
Michael J. Ross (Signee for Jubilee Construction, L.L.C.)

JESSICA P BRADBURY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 29, 2015