THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEBORAH ROSS

MICHAEL J. ROSS

          Plaintiffs

-v-

PANTERIS & PANTERIS, LLP
GEORGE PANTERIS
PHILIP GIANELLI (correct spelling of name unknown)
BRANDON MARTIN
JANE & JOHN DOES (1-20; Employees
of PANTERIS & PANTERIS, LLP Attorneys,
Secretaries and/or others)

          Defendants

Case No. CV-06096-FSH-PS

**PLAINTIFFS' NOTICE OF MOTION TO DISMISS DEFENDANT(S)' COUNTERCLAIMS**



RECEIVED
FEB 21 2013
AT 8:30
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| Deborah Ross<br>Michael J. Ross<br>P.O. Box 847<br>179 Ernest Garton Rd.<br>Alloway, NJ 08001<br>609-217-8143 | George Panteris, pro se<br>GEORGE PANTERIS, ESQ,<br> alleged *Attorney for Defendants*<br>333 Sylvan Avenue, Suite 201<br>Englewood Cliffs, NJ 07632<br>Telephone No. (201)435-0536 |

### PLAINTIFFS' NOTICE OF MOTION TO DISMISS DEFENDANT(S)' COUNTERCLAIMS

PLEASE TAKE NOTICE that upon the attached motion, brief and supporting affidavits, affirmed by Plaintiffs Michael and Deborah Ross and upon

the Complaint, Plaintiffs move this court for an order pursuant to Fed.R.Civ.P. 12(b)(1)& (6) granting dismissal of 'DEFENDANT' COUNTERCLAIMS' for lack of subject matter jurisdiction and/or failure to state a claim.

Civ. RULE 78.1(b) states: "All motions and other applications will be decided on the papers submitted unless: (1) a party requests oral argument and the request is granted by the Judge or Magistrate Judge; or (2) the Court, sua sponte, directs that oral argument be held." Plaintiffs believe in good faith that oral argument is not necessary and do not hereby at this time request oral argument

Date: 2/18/2013

With Respect,

Michael J. Ross

Deborah Ross
P.O. Box 847
179 Ernest Garton Rd.
Alloway, New Jersey 08001
609-217-8143