UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
DEBORAH ROSS
MICHAEL J. ROSS

                         Plaintiff,

   -against-

PANTERIS & PANTERIS, LLP,                     CASE #: 12-CV-06096-FSH-PS
GEORGE PANTERIS
PHILIP GIANELLI (correct spelling of name
Unknown)                                                  **AFFIDAVIT OF**
                                                              **DEFENDANT**
JANE & JOHN DOES (1-20; Employees            **PHILIP GONNELLA**
Of Panteris & Panteris, LLP Attorneys
Secretaries and/or others.
                        Defendant.

                                                               **RECEIVED**

                                                               **MAY 13 2013**
-----------------------------------------------------------------x
                                                          AT 8:30 _____
   I, PHILIP GONNELLA, hereby certify the truth of the following:WILLIAM T. WALSH, CLERK

1.     I am a defendant in the above referenced matter. I file the within Affidavit in support of defendants' motion to dismiss plaintiffs' action with prejudice.

2.     I have been employed as a legal assistant with the law firm of Panteris & Panteris, LLP since approximately July 17, 2012.

3.     On August 17, 2012, plaintiff Michael J. Ross called the law office of Panteris & Panteris, LLP. Attorney George Panteris was not available. Therefore, I took Mr. Ross' call. That was the only involvement that I had with the case that was brought on behalf of American Express against Deborah Ross and Jubilee Construction, L.L.C.

4.     Although my involvement in the state court case consisted of simply accepting Mr. Ross' call, he nevertheless named me as a defendant in the current lawsuit.

5.     I have retained the law office of Panteris & Panteris, LLP to represent me in the defense of this action.

6. I disagree with plaintiffs' claim that the law firm of Panteris & Panteris, LLP is prohibited from representing me due to a conflict of interest. In the event a conflict of interest does exist, I hereby waive any conflict of interest.

7. It is my belief that the representation of Panteris & Panteris, LLP of all defendants will not be directly adverse to me. I believe that the law firm of Panteris & Panteris, LLP will be able to provide competent and diligent representation of all named defendants. The interests of all the defendants are not adverse to each other. In fact, all defendants have a common interest in the dismissal of plaintiff's complaint.

I certify that the foregoing statements are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
PHILIP GONNELLA

Sworn to before me this 18th day of May, 2013

_____
NOTARY PUBLIC
Francesco Savoia, Esq.
An attorney at law of
the state of New Jersey
authorized to administer
this oath pursuant to
N.J.S.A. 41:2-1.